146 A.3d 470

**HICKMAN, Robert Brian**

v.

**STATE of Maryland**

**No. 103, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

(No. 23-K-15-000457, Circuit Court for Worcester County).
Petition for writ of certiorari dismissed.

■

146 A.3d 470

**HILL, Chauncey A.**

v.

**STATE of Maryland**

**Pet. Docket No. 254, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 694, Sept. Term, 2015).

Petition for writ of certiorari denied.